UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMANDA TORRES

VERSUS

MALL OF LOUISIANA, LLC, ET AL.

CIVIL ACTION

NO. 17-466-JWD-EWD

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated December 5, 2017[1] to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Plaintiff's Motion to Remand[2] is GRANTED and this matter is REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. §1332(a).

Signed in Baton Rouge, Louisiana, on January __9__, 2018.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 18
2 R. Doc. 12